

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 HARRISON SMITH,

        Defendant.
_____/

Case: 2:21-cr-20143
Judge: Drain, Gershwin A.
MJ: Whalen, R. Steven
Filed: 03-03-2021 At 04:06 PM
INDI USA V HARRISON SMITH (LG)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*(21 U.S.C. § 841(a)(1) and 846 – Conspiracy to Possess With the Intent to Distribute a Controlled Substance (Cocaine))*

From on or about January 2020, to on or about May 27, 2020, in the Eastern District of Michigan, defendant HARRISON SMITH knowingly and intentionally conspired and agreed with other individuals, both known and unknown, to possess with intent to distribute a controlled substance, to wit: in excess of 500 grams of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) and 846.

## COUNT TWO

*(21 U.S.C. § 841(a)(1) – Possession With the Intent to Distribute a Controlled Substance (Cocaine))*

On or about May 27, 2020, in the Eastern District of Michigan and elsewhere, defendant HARRISON SMITH, did knowingly possess with the intent to distribute a controlled substance, to-wit: cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

*(21 U.S.C. § 841(a)(1) – Possession With the Intent to Distribute a Controlled Substance (Heroin))*

On or about May 27, 2020, in the Eastern District of Michigan, the defendant, HARRISON SMITH, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C).

## FORFEITURE ALLEGATIONS

*(21 U.S.C. § 853, and 28 U.S.C. § 2461)*

The allegations contained in this Indictment are incorporated by reference herein to allege forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

**Title 21 Offense.** Upon conviction of a Title 21 Offense charged in this Indictment, the Defendant shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds which the Defendant obtained, directly or indirectly, as the result of such violation, and (b) any property which the Defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation.

**Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), Defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the

exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit
Assistant United States Attorney

*s/Jeanine Brunson*
JEANINE BRUNSON
MEGHAN SWEENEY BEAN
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9597
Jeanine.Brunson@usdoj.gov

Dated: March 3, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case:2:21-cr-20143<br>Judge: Drain, Gershwin A.<br>MJ: Whalen, R. Steven<br>Filed: 03-03-2021 At 04:06 PM<br>INDI USA V HARRISON SMITH (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: MSB |

**Case Title:** USA v. HARRISON SMITH

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number:              ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 3, 2021
Date

Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9597
Fax:    (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

*for Jeanine Brunson*

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.